1
2
3
4
5
6

7         IN THE UNITED STATES DISTRICT COURT

8         FOR THE EASTERN DISTRICT OF CALIFORNIA

9  RYLAND G. HILL, JR.,

10             Petitioner,                    No. CIV S-06-0840 LKK CMK P

11        vs.

12  UNKNOWN,

13             Respondent.                    ORDER
14  _____/

15         Petitioner, a state prisoner at High Desert State Prison, has filed a document
16  styled "letter," seeking habeas corpus relief. No other pleadings have been filed by the
17  petitioner. In order to commence an action, petitioner must file a petition for writ of habeas
18  corpus as required by Rule 3 of the Federal Rules of Civil Procedure, and petitioner must either
19  pay the required filing fee or file an application requesting leave to proceed in forma pauperis.
20  See 28 U.S.C. §§ 1914(a), 1915(a). The court will not issue any orders granting or denying
21  relief until an action has been properly commenced. Therefore, petitioner's motion will be
22  denied without prejudice. Petitioner will be provided the opportunity to file his petition,[1] and to
23  submit an application requesting leave to proceed in forma pauperis or to submit the appropriate

---

[1] The court notes that it appears that the conviction on which plaintiff seeks habeas relief occurred sometime in September 2005. Accordingly, it does not appear that petitioner has exhausted his habeas petition in the California State courts, which is a prerequisite for seeking habeas relief in federal court.

1

1 filing fee.

2

3    In accordance with the above, IT IS HEREBY ORDERED that:

4    1. Petitioner's April 19, 2006 letter is denied without prejudice;

5    2. Petitioner is granted thirty days from the date of service of this order to file a
6 petition that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil
7 Procedure, and the Local Rules of Practice; the petition must bear the docket number assigned
8 this case; petitioner must file an original and two copies of the petition.  Petitioner shall also
9 submit, within thirty days from the date of this order, the application to proceed in forma
10 pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $5.00.
11 Petitioner's failure to comply with this order will result in a recommendation that this matter be
12 dismissed; and

13    3. The Clerk of the Court is directed to send petitioner the court's form for filing
14 a petition for writ of habeas corpus, and the application to proceed in forma pauperis by a
15 prisoner.

16

17 DATED:  May 4, 2006.

18

19                              _____
                                **CRAIG M. KELLISON**
20                              UNITED STATES MAGISTRATE JUDGE

21 /mp
   hill 06cv0840.nopetition