IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RYLAND G. HILL, Jr.,

        Petitioner,                    No. CIV S-06-0840 LKK CMK P

    vs.

UNKNOWN,

        Respondent.                    FINDINGS & RECOMMENDATIONS

_____/

        Petitioner filed a letter which the court construed as a petition for a writ of habeas corpus on April 19, 2006. Petitioner did not, however, file either a request to proceed in forma pauperis or the required $5.00 filing fee. By order filed on May 9, 2006, the court granted petitioner leave to file an appropriate petition and to file either a request to proceed in forma pauperis or to file the required filing fee. To date, petitioner has done neither.

        The court must weigh five factors before imposing the harsh sanction of dismissal. See Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000); Malone v. U.S. Postal Service, 833 F.2d 128, 130 (9th Cir. 1987). Those factors are: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its own docket; (3) the risk of prejudice to opposing parties; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic sanctions. See id.; see also Ghazali v. Moran,

1

46 F.3d 52, 53 (9th Cir. 1995) (per curiam).  A warning that the action may be dismissed as an appropriate sanction is considered a less drastic alternative sufficient to satisfy the last factor.  See Malone, 833 F.2d at 132-33 & n.1.  The sanction of dismissal for lack of prosecution is appropriate where there has been unreasonable delay.  See Henderson v. Duncan, 779 F.2d 1421, 1423 (9th Cir. 1986).  Dismissal has also been held to be an appropriate sanction for failure to follow local rules.  See Ghazali, 46 F.3d at 53.

Having considered these factors, and in light of petitioner's failure to file an appropriate petition to proceed in forma pauperis and to either pay the required filing fee or to request authorization to proceed in forma pauperis the court finds that dismissal is appropriate.

IT IS RECOMMENDED that petitioner's complaint be dismissed without prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. See  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED:  October 25, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE